UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DEAN and DANA MOORER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, KERN COUNTY HUMAN SERVICES, KIM JOHNSON, DENA MURPHY, TREZELL WEST, JACQUELINE WEST, ANNA ZAVALA-GARZA, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No.  2:22-CV-01054 JAM-JDP<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

　　　Before this Court is Plaintiffs' Motion (ECF No. 78) for Reconsideration of the Court's October 25, 2023, Order granting Defendants' motions to dismiss (ECF No. 77).[1]

　　　First, Plaintiffs' Motion is dismissed because Plaintiffs failed to comply with the Court's Order re Filing Requirements. See ECF No. 3-2.  That Order requires that "counsel contemplating the filing of any motion . . . shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  The Order

---

[1] Plaintiffs request for oral argument is denied.  The Court finds that this Motion is suitable for decision without hearing under E.D. Cal. L.R. 230(g).

1

also requires the moving party to include a statement in the notice of motion attesting that the meet and confer requirement has been met. Plaintiffs did not comply with any of these requirements.

Second, the Court finds that Plaintiffs are not entitled to an order amending or vacating the Order granting the motions to dismiss. Under Federal Rule of Civil Procedure 60(b)(6), Plaintiffs have the burden of demonstrating that this motion for reconsideration is warranted due to new or different facts or extraordinary circumstances justify amending or vacating the order. See Fed. R. Civ. P. 59(e), 60(b); E.D. Cal. L.R. 230(j). Plaintiffs have failed to meet their burden.

In their motion and supporting papers, Plaintiffs fail to set forth any new facts to support their arguments. Plaintiffs also repeat several arguments in this motion that were previously raised and rejected in their opposition to Defendants' motions to dismiss. The Court further adopts, in their entirety, Defendants' arguments set forth in their oppositions to Plaintiffs' Motion herein. ECF Nos. 81, 82.[2] For all these reasons, Plaintiffs' motion for reconsideration is denied.

IT IS SO ORDERED.

DATED: December 6, 2023

*JOHN A. MENDEZ*
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs did not file any reply briefs in support of their motion, which this Court views as a concession to the merits of Defendants' oppositions.

2